John E. **WALKER** et al.

v.

**CHAPMAN COMPANY, INC.**

No. C–5221.

Supreme Court of Texas.

Oct. 8, 1986.

Joint motion of the parties filed herein on October 6, 1986 in the above numbered and entitled cause having been duly considered, it is ordered that the joint motion be, and hereby is, granted.

It appearing that this cause is moot because of settlement, the applications for

writ of error are granted and the cause is dismissed as moot without reference to the merits of the appeal.